02-12-311-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-12-00311-CR

 

 


 
 
 Jonathan Eugene Patrick
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Pursuant
to a plea bargain, Jonathan Eugene Patrick
pled guilty to possession of one or more but less than four grams of
methamphetamine.  The trial court’s certification of appellant’s right to
appeal states that this “is a plea-bargain
case, and the defendant has NO right of appeal.”

On July
20, 2012, we sent the parties a letter notifying them that the appeal could be dismissed unless any party filed a response
showing grounds for continuing the appeal.  See Tex. R. App. P. 25.2(d),
43.2(f).  We have not received a response.

Rule
25.2(a)(2) provides that a plea-bargaining
defendant may appeal only matters that were raised by written motion filed and
ruled on before trial or after getting the trial court’s permission to appeal.  Tex.
R. App. P. 25.2(a)(2); Chavez v. State, 183 S.W.3d 675, 680 (Tex. Crim.
App. 2006).  Because the trial court’s certification shows that neither of
these exceptions is applicable, we dismiss this appeal.  See Tex. R.
App. P. 25.2(a)(2), (d), 44.3; Chavez, 183 S.W.3d at 680.

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  September 27,
2012

 



 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 


 
 
 Jonathan
 Eugene Patrick
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From Criminal District
 Court No. 3
  
 of
 Tarrant County (1268363D)
  
 September
 27, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed 

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 









[1]See Tex. R. App. P. 47.4.